| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Slauson_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): S. Slauson<br>C. Date of Delivery: 05-27 |
| 1. Article Addressed to:<br><br>Merck & Co., Inc.<br>c/o The Corporation Company<br>2000 Interstate Park Drive<br>Suite 204<br>Montgomery, Alabama 36109<br><br>05cv493 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 2030 0004 5351 5481 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |