IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES WAINE BAIRD** and | § |
| **BEVERLY L. BAIRD,** | § |
| Plaintiffs, | § Civil Action No.: 2:05cv493-MEF-CSC |
| V. | § |
| **MERCK & CO., INC.** | § |
| Defendant. | § |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Miscellaneous Order 3047 (M.D. Ala. 2000), and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that Merck & Co. has no parent companies and that they are not aware of any corporation that owns more than ten percent of its common stock.

Dated: June 14, 2005.

Respectfully submitted,

/S/ BENJAMIN C. WILSON

ROBERT C. "MIKE" BROCK (ASB-5280-B61R)
BENJAMIN C. WILSON (ASB-1649-I54B)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail:       rcb@rsjg.com
                  bcw@rsjg.com

Attorneys for Defendant Merck & Co.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Lloyd W. Gathings, II
GATHINGS LAW
2001 Park Place
Suite 500
Birmingham, Alabama 35203

/s/ Benjamin C. Wilson