Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

May 27, 2005

VIA FEDERAL EXPRESS

Michael J. Beck, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:    In re: VIOXX® Products Liability Litigation, MDL
       Docket No. 1657

Dear Sir and Madam:

Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's thirty-first notification of potential "tag-along actions" and includes cases that have been filed in or removed to federal court since May 24, 2005. Courtesy copies of the complaints and docket sheets for the following actions are enclosed.

1. *Baird et al, v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00493 (M.D. Ala.)
2. *Blue Cross of Northeastern Pennsylvania v. Merck & Co., Inc.*, C.A. No. 2:05-cv-01070 (N.D. Ala.)
3. *Kimani v. Merck & Co., Inc.*, C.A. No. 7:05-cv-00996 (N.D. Ala.)
4. *Morton v. Merck & Co., Inc.*, C.A. No. 2:05-cv-01064 (N.D. Ala.)
5. *Moreno et al, v. Merck & Co., Inc.*, C.A. No. 05-cv-60837 (S.D. Fla.)
6. *Cooper v. Merck & Co., Inc.*, C.A. No. 05-cv-60836 (S.D. Fla.)
7. *Allen et al, v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00377 (S.D. Ill.)
8. *Gaston et al, v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00362 (S.D. Ill.)
9. *Morgan et al, v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00378 (S.D. Ill.)
10. *Rabe et al, v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00363 (S.D. Ill.)
11. *Wagner et al, v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00364 (S.D. Ill.)
12. *Sanders et al, v. Merck & Co., Inc.*, C.A. No. 5:05-cv-00861 (W.D. La.)
13. *Fridley et al, v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01406 (D. Md.)
14. *Bass v. Merck & Co., Inc.*, C.A. 05-cv-01001 (D. Minn.)
15. *Bohlke et al, v. Merck & Co., Inc.*, C.A. No. 4:05-cv-00837 (E.D. Mo.)
16. *Ackworth, et al, v. Merck & Co., Inc.*, C.A. No. CV-S-05-0628 (D. Nev.)
17. *Carlson, et al, v. Merck & Co., Inc.*, C.A. No. CV-S-05-0599 (D. Nev.)
18. *Santamaria et al, v. Merck & Co., Inc.*, C.A. No. CV-S-05-0626 (D. Nev.)
19. *Garcia v. Merck & Co., Inc.*, C.A. No. 1:05-cv-02446 (E.D. N.Y.)
20. *Nahirny v. Merck & Co., Inc.*, C.A. No. 1:05-cv-02470 (E.D. N.Y.)
21. *Reilly et al, v. Merck & Co., Inc.*, C.A. No. 1:05-cv-02468 (E.D. N.Y.)
22. *Arnoff et al, v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01224 (N.D. Ohio)

| 47, Avenue Georges Mandel | 1775 I Street, N.W. | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 101 Hudson Street |
| 75116 Paris, France | Washington, D.C. | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Jersey City, New Jersey |
| (33) (1) 44.05.80.00 | 20006-2401 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 07302-3918 |
| | 202-721-4600 | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 201-536-9220 |

23. *Bailes v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01215 (N.D. Ohio)
24. *Baisden v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01188 (N.D Ohio)
25. *Blackburn et al, v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01229 (N.D. Ohio)
26. *Blankenship v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01226 (N.D. Ohio)
27. *Bulger v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01258 (N.D. Ohio)
28. *Clark v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01325 (N.D. Ohio)
29. *Distel v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01409 (N.D. Ohio)
30. *Earhart v. Merck & Co., Inc.*, C.A. No. 5:05-cv-01427 (N.D. Ohio)
31. *Fox v. Merck & Co., Inc.*, C.A. No. 1:05-cv-1279 (N.D. Ohio)
32. *Freed et al, v. Merck & Co., Inc.*, C.A. No. 5:05-cv-01422 (N.D. Ohio)
33. *Gayan et al, v. Merck & Co., Inc.*, C.A. No. 4:05-cv-01423 (N.D. Ohio)
34. *Geer et al, v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01412 (N.D. Ohio)
35. *Hart et al, v. Merck & Co., Inc.*, C.A. No. 4:05-cv-01424 (N.D. Ohio)
36. *Hunt et al, v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01411 (N.D. Ohio)
37. *Joshua v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01223 (N.D. Ohio)
38. *King et al, Merck & Co., Inc.*, C.A. No. 1:05-cv-01186 (N.D. Ohio)
39. *Kitson v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01204 (N.D. Ohio)
40. *Kollias v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01206 (N.D. Ohio)
41. *Leonetti v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01421 (N.D. Ohio)
42. *Macon v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01323 (N.D. Ohio)
43. *Malone v. Merck & Co., Inc.*, C.A. No. 4:05-cv-01425 (N.D. Ohio)
44. *Marcincin v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01277 (N.D. Ohio)
45. *Moore, Jr. v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01301 (N.D. Ohio)
46. *Mundo et al, v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01230 (N.D. Ohio)
47. *Nolan et al, v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01187 (N.D. Ohio)
48. *Norris v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01225 (N.D. Ohio)
49. *Omerza v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01211 (N.D. Ohio)
50. *Rose v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01342 (N.D. Ohio)
51. *Sanko v. Merck & Co., Inc.*, C.A. No. 4:05-cv-01420 (N.D. Ohio)
52. *Sopik v. Merck & Co., Inc.*, C.A. No. 4:05-cv-01426 (N.D. Ohio)
53. *Sparren v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01341 (N.D. Ohio)
54. *Stalter et al v. Merck & Co., Inc.* C.A. No. 1:05-cv-01343 (N.D. Ohio)
55. *Tanferno v. Merck & Co., Inc.*, C.A. No. 4:05-cv-01428 (N.D. Ohio)
56. *Taylor v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01339 (N.D. Ohio)
57. *Udovic v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01235 (N.D. Ohio)
58. *Wallace v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01340 (N.D. Ohio)
59. *Wasson et al v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01336 (N.D. Ohio)
60. *White et al v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01334 (N.D. Ohio)
61. *Williams v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01210 (N.D. Ohio)
62. *Wilson et al v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01324 (N.D. Ohio)
63. *Stuckey v. Merck & Co., Inc.*, C.A. No. 05-cv-226 (E.D. Okla.)
64. *Ashby v. Merck & Co., Inc.*, C.A. No. 2:05-cv-02430 (E.D. Penn.)
65. *Baylor v. Merck & Co., Inc.*, C.A. No. 2:05-cv-02275 (E.D. Penn.)
66. *Brantner v. Merck & Co., Inc.*, C.A. No. 2:05-cv-02422 (E.D. Penn.)
67. *Christian v. Merck & Co., Inc.*, C.A. No. 2:05-cv-02460 (E.D. Penn.)
68. *Demary v. Merck & Co., Inc.*, C.A. No. 2:05-cv-02442 (E.D. Penn.)

69. *Dougan v. Merck & Co., Inc.*, C.A. No. 2:05-cv-02441 (E.D. Penn.)
70. *Pompey v. Merck & Co., Inc.*, C.A. No. 2:05-cv-02274 (E.D. Penn.)
71. *Smith v. Merck & Co., Inc.*, C.A. No. 2:05-cv-02079 (E.D. Penn.)
72. *Ripley et al, v. Merck & Co., Inc.*, C.A. No. 3:05-cv-05336 (W.D. Wash.)

There are no new cases filed in the transferee court. Pursuant to J.P.M.L. Rule 7.2(f), we hereby notify the Panel of the following developments pertaining to actions that are currently the subject of Panel consideration.

1. *Alfonso, et al, v. Merck & Co., Inc.*, C.A. No. 2:05-cv-02485 (C.D. Cal.) was remanded to Lost Angeles County Superior Court, California on May 19, 2005.
2. *Cantrell v. Merck & Co., Inc.*, C.A. No. 6:05-cv-03178 (W.D. Mo.) was dismissed without prejudice on May 23, 2005.

Respectfully submitted,

Cecily C. Williams

Enclosures