IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES WAINE BAIRD, *et al.*, ) | |
| ) | |
|     Plaintiffs, ) | |
| v.     ) | CASE NO. 2:05-cv-493-F |
| ) | |
| MERCK & CO., INC., ) | |
| ) | |
|     Defendant. ) | |

## **O R D E R**

Upon consideration of defendant's Motion to Stay (Doc. #6) filed on June 15, 2005, it is hereby

ORDERED that the plaintiff show cause in writing on or before June 28, 2005 as to why the motion should not be granted.

DONE this 17th day of June, 2005.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE