IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES WAINE BAIRD and BEVERLY L. BAIRD, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:05-cv-493-F ) |
| MERCK & COMPANY, INC., | ) ) |
| Defendant. | ) |

**<u>ORDER</u>**

This cause is before the Court on Defendant Merck & Company's Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. #6), filed June 15, 2005. The Plaintiffs were given the opportunity to show cause why this case should not be stayed and did not respond. Therefore, in light of the arguments in support of the Motion and because there is no opposition, it is hereby

ORDERED that the Motion to Stay All Proceedings is GRANTED and this case is STAYED pending a final decision from the Panel on Multi-District Litigation on transfer of this case to the multi-district litigation proceeding.

DONE this 30th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE