A CERTIFIED TRUE COPY

JUL 19 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 15 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-15)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 735 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 19 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
JUL 28 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

# SCHEDULE CTO-15 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DISTRICT DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM  2  05-493 | Charles Waine Baird, et al. v. Merck & Co., Inc. | 05-3111 |
| ALM  1  05-560 | Linda Flournoy v. Merck & Co., Inc. | 05-3112 |
| **ALABAMA NORTHERN** | | |
| ALN  2  05-969 | Linda Hubbard v. Merck & Co., Inc. | 05-3113 |
| ~~ALN  2  05-1056~~ | ~~Dale Slatton, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/7/05 | |
| ALN  2  05-1064 | Neal Morton v. Merck & Co., Inc. | 05-3114 |
| ALN  2  05-1070 | Blue Cross of Northeastern Pennsylvania v. Merck & Co., Inc. | 05-3115 |
| **ARKANSAS EASTERN** | | |
| ARE  4  05-739 | Sonny Bullard, etc. v. Merck & Co., Inc. | 05-3116 |
| ARE  5  05-143 | Barbara Stover, etc. v. Merck & Co., Inc. | 05-3117 |
| **CALIFORNIA CENTRAL** | | |
| CAC  2  05-3250 | Lee McDowell, et al. v. Merck & Co., Inc. | 05-3118 |
| CAC  2  05-3737 | Frank Fletcher v. Merck & Co., Inc. | 05-3119 |
| **CALIFORNIA NORTHERN** | | |
| CAN  4  05-1930 | Greggory Clark, et al. v. Merck & Co., Inc. | 05-3120 |
| **COLORADO** | | |
| ~~CO  1  05-892~~ | ~~Estella M. Remington v. Walgreen Co., et al.~~ Opposed 7/19/05 | |
| **FLORIDA MIDDLE** | | |
| FLM  3  05-456 | Marcus N. Lemon, et al. v. Merck & Co., Inc. | 05-3121 |
| **FLORIDA SOUTHERN** | | |
| FLS  0  05-60836 | Jack Cooper v. Merck & Co., Inc. | 05-3122 |
| FLS  0  05-60837 | Luis Moreno, et al. v. Merck & Co., Inc. | 05-3123 |
| FLS  1  05-21362 | Dr. Lea Kronacher, et al. v. Merck & Co. Inc. | 05-3124 |
| FLS  9  05-80405 | Gerald Wagganer, et al. v. Merck & Co., Inc., et al. | 05-3125 |
| **GEORGIA MIDDLE** | | |
| GAM  1  05-62 | Carolyn M. McCrary v. Merck & Co., Inc. | 05-3126 |
| GAM  5  05-157 | Martha Baker, et al. v. Merck & Co., Inc. | 05-3127 |
| **GEORGIA NORTHERN** | | |
| GAN  1  05-1275 | Wanda Cavender, et al. v. Merck & Co., Inc. | 05-3128 |
| **IDAHO** | | |
| ID  1  05-204 | Deborah Cox v. Merck & Co., Inc. | 05-3129 |
| ID  2  05-192 | John J. Andres v. Merck & Co., Inc. | 05-3130 |
| ID  2  05-193 | Audrey Powley, et al. v. Merck & Co., Inc. | 05-3131 |
| ID  2  05-194 | Barbara Forgacs, et al. v. Merck & Co., Inc. | 05-3132 |
| ID  2  05-195 | Robert M. Fees, et al. v. Merck & Co., Inc. | 05-3133 |
| ID  2  05-196 | Wilma S. Duclos, et al. v. Merck & Co., Inc. | 05-3134 |
| **ILLINOIS CENTRAL** | | |
| ILC  3  05-3123 | Lee Stanberry, Jr. v. Merck & Co., Inc. | 05-3135 |

SCHEDULE CTO-15 TAG-ALONG ACTIONS (MDL-1657)

PAGE 2 of 4
EDLA
SEC. L/3

| DISTRICT DIV. C.A.# | CASE CAPTION | |
|---|---|---|
| ILLINOIS NORTHERN | | |
| ILN  1  05-2081 | John Poort v. Merck & Co., Inc. | 05-3136 |
| ILLINOIS SOUTHERN | | |
| ~~ILS  3  05-339~~ | ~~James Steele, Jr., et al. v. Merck & Co., Inc., et al.~~ Opposed 7/19/05 | |
| ILS  3  05-360 | Willie Mae Walker, et al. v. Merck & Co., Inc., et al. | 05-3137 |
| ~~ILS  3  05-361~~ | ~~Greg Miller, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/19/05 | |
| ~~ILS  3  05-362~~ | ~~Wilma Gaston, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/19/05 | |
| ~~ILS  3  05-363~~ | ~~Ralph Rabe, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/19/05 | |
| ILS  3  05-364 | Robyn Wagner, et al. v. Merck & Co., Inc., et al. | 05-3138 |
| ~~ILS  3  05-377~~ | ~~John Allen, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/19/05 | |
| ~~ILS  3  05-378~~ | ~~Joyce Morgan, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/19/05 | |
| KENTUCKY EASTERN | | |
| KYE  5  05-208 | Faye Baker, etc. v. Merck & Co., Inc. | 05-3139 |
| KENTUCKY WESTERN | | |
| KYW  3  05-293 | Neal Dearling, et al. v. Merck & Co., Inc. | 05-3140 |
| LOUISIANA WESTERN | | |
| LAW  5  05-841 | MurlLane Plunkett, et al. v. Merck & Co., Inc. | 05-3141 |
| LAW  5  05-861 | Mary J. Sanders, et al. v. Merck & Co., Inc. | 05-3142 |
| MARYLAND | | |
| MD  1  05-1406 | Mary Fridley, et al. v. Merck & Co., Inc. | 05-3143 |
| MD  8  05-728 | Michael A. Prettyman, etc. v. Merck & Co., Inc. | 05-3144 |
| MINNESOTA | | |
| MN  0  05-948 | Steven F. Hintz v. Merck & Co., Inc. | 05-3145 |
| MN  0  05-1001 | Mindy Bass v. Merck & Co., Inc. | 05-3146 |
| MISSOURI EASTERN | | |
| MOE  4  05-753 | George Banfield v. Merck & Co., Inc. | 05-3147 |
| ~~MOE  4  05-837~~ | ~~Charlotte Bohlke, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/19/05 | |
| MISSOURI WESTERN | | |
| MOW  2  05-4159 | Marlene Van Camp, et al. v. Merck & Co., Inc. | 05-3148 |
| MOW  4  05-436 | Linda Farnsworth v. Merck & Co., Inc. | 05-3149 |
| MOW  5  05-6048 | Marilyn Jones v. Merck & Co., Inc. | 05-3150 |
| MISSISSIPPI NORTHERN | | |
| MSN  1  05-122 | Herbert F. Trotter, et al. v. Merck & Co., Inc. | 05-3151 |
| MSN  1  05-126 | Carlean Hughes v. Merck & Co., Inc. | 05-3152 |
| MSN  1  05-127 | Larry D. Jenkins v. Merck & Co., Inc. | 05-3153 |
| MSN  2  05-94 | Martin Zelphis, et al. v. Merck & Co., Inc. | 05-3154 |
| MSN  4  05-120 | Lois Helen Johnson v. Merck & Co., Inc. | 05-3155 |
| MISSISSIPPI SOUTHERN | | |
| MSS  2  05-133 | Maxine Dueitt v. Merck & Co., Inc. | 05-3156 |
| MSS  3  05-316 | Annie Dotson v. Merck & Co., Inc. | 05-3157 |
| MSS  3  05-317 | Annie Denton v. Merck & Co., Inc. | 05-3158 |
| NEW MEXICO | | |
| NM  6  05-388 | Patricia E. Archuleta v. Merck & Co., Inc. | 05-3159 |

| DISTRICT DIV. C.A.# | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **NEVADA** | | |
| NV 2 05-393 | Shirley Carroll v. Merck & Co., Inc. | 05-3160 |
| ~~NV 2 05-598~~ | ~~Terry L. Grove, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/19/05 | |
| ~~NV 2 05-600~~ | ~~Estate of Thomas J. Brown, Jr., et al. v. Merck & Co., Inc., et al.~~ Opposed 7/19/05 | |
| ~~NV 2 05-629~~ | ~~James Conroy, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/19/05 | |
| **NEW YORK EASTERN** | | |
| NYE 1 05-2314 | Marcelle Germaine v. Merck & Co., Inc. | 05-3161 |
| NYE 1 05-2392 | Edward Haber, etc. v. Merck & Co., Inc. | 05-3162 |
| NYE 1 05-2468 | Thomas J. Reilly, et al. v. Merck & Co., Inc. | 05-3163 |
| NYE 1 05-2469 | Kathryn M. Centrella, etc. v. Merck & Co., Inc. | 05-3164 |
| NYE 1 05-2470 | Jacob Nahirny, Jr., et al. v. Merck & Co., Inc., et al. | 05-3165 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 05-4613 | Margarita Soto v. Merck & Co., Inc. | 05-3166 |
| NYS 1 05-4792 | Indranie Maniram, et al. v. Merck & Co., Inc. | 05-3167 |
| NYS 1 05-4887 | Assetou Sy, etc. v. Merck & Co., Inc. | 05-3168 |
| **OHIO NORTHERN** | | |
| OHN 1 05-1147 | Benigno Negron v. Merck & Co., Inc. | 05-3169 |
| OHN 1 05-1160 | Jasmina Popov, etc. v. Merck & Co., Inc. | 05-3170 |
| OHN 1 05-1161 | Mary Jane Delsanter v. Merck & Co., Inc. | 05-3171 |
| OHN 1 05-1162 | Bruce Murar v. Merck & Co., Inc. | 05-3172 |
| OHN 1 05-1163 | Lee Scott, et al. v. Merck & Co., Inc. | 05-3173 |
| OHN 1 05-1164 | Margaret Tompkins v. Merck & Co., Inc. | 05-3174 |
| OHN 1 05-1165 | Robert J. Rischitelli, etc. v. Merck & Co., Inc. | 05-3175 |
| OHN 1 05-1180 | Laureen E. Imrie, et al. v. Merck & Co., Inc. | 05-3176 |
| OHN 1 05-1181 | Lee O. Gill, et al. v. Merck & Co., Inc. | 05-3177 |
| OHN 1 05-1182 | Rosa Thomas v. Merck & Co., Inc. | 05-3178 |
| OHN 1 05-1183 | Joseph Wilson v. Merck & Co., Inc. | 05-3179 |
| OHN 1 05-1184 | Myles Bell, et al. v. Merck & Co., Inc. | 05-3180 |
| OHN 1 05-1185 | Joseph S. Corsillo, et al. v. Merck & Co., Inc. | 05-3181 |
| OHN 1 05-1186 | Barbara King, et al. v. Merck & Co., Inc. | 05-3182 |
| OHN 1 05-1188 | Freddie K. Baisden, et al. v. Merck & Co., Inc. | 05-3183 |
| OHN 1 05-1197 | Larry O. Cartmell v. Merck & Co., Inc. | 05-3184 |
| OHN 1 05-1199 | Richard J. Piper, et al. v. Merck & Co., Inc. | 05-3185 |
| OHN 1 05-1200 | Sheila Krejci, etc. v. Merck & Co., Inc. | 05-3186 |
| OHN 1 05-1202 | Gary A. Pingle v. Merck & Co., Inc. | 05-3187 |
| OHN 1 05-1204 | Doris L. Kitson v. Merck & Co., Inc. | 05-3188 |
| OHN 1 05-1207 | Frances A. Villa v. Merck & Co., Inc. | 05-3189 |
| OHN 1 05-1209 | Leonard Rydzinski v. Merck & Co., Inc. | 05-3190 |
| OHN 1 05-1215 | Linda E. Bailes v. Merck & Co., Inc. | 05-3191 |
| OHN 1 05-1223 | Beth Joshua v. Merck & Co., Inc. | 05-3192 |
| OHN 1 05-1224 | Karen Arnoff, et al. v. Merck & Co., Inc. | 05-3193 |
| OHN 1 05-1226 | Enid Blankenship v. Merck & Co., Inc. | 05-3194 |
| OHN 1 05-1229 | Patricia M. Blackburn, et al. v. Merck & Co., Inc. | 05-3195 |
| OHN 1 05-1258 | Wilma J. Bulger, et al. v. Merck & Co., Inc. | 05-3196 |
| OHN 1 05-1279 | Robert H. Fox v. Merck & Co., Inc. | 05-3197 |
| OHN 1 05-1325 | James D. Clark v. Merck & Co., Inc. | 05-3198 |
| OHN 1 05-1326 | Edward March, et al. v. Merck & Co., Inc. | 05-3199 |
| OHN 1 05-1337 | Doris J. Sheets, et al. v. Merck & Co., Inc. | 05-3200 |
| OHN 1 05-1409 | James L. Distel v. Merck & Co., Inc. | 05-3201 |
| OHN 1 05-1411 | George Hunt, et al. v. Merck & Co., Inc. | 05-3202 |
| OHN 1 05-1412 | Robert L. Geer, et al. v. Merck & Co., Inc. | 05-3203 |
| OHN 3 05-7214 | Ronald J. Benedict, et al. v Merck & Co., Inc. | 05-3204 |
| OHN 3 05-7224 | John E. Lee, et al. v. Merck & Co., Inc. | 05-3205 |
| OHN 4 05-1423 | Edward Gayan, et al. v. Merck & Co., Inc. | 05-3206 |

SCHEDULE CTO-15 TAG-ALONG ACTIONS (MDL-1657)
PAGE 4 of 4

| DISTRICT DIV. C.A.# | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| OHN 4 05-1424 | William H. Hart, et al. v. Merck & Co., Inc. | 05-3207 |
| OHN 5 05-1153 | Russell C. Prendergast v. Merck & Co., Inc. | 05-3208 |
| OHN 5 05-1154 | Janice Panek, et al. v. Merck & Co., Inc. | 05-3209 |
| OHN 5 05-1158 | Sarah-Mae Morris v. Merck & Co., Inc. | 05-3210 |
| OHN 5 05-1422 | Donald Freed, et al. v. Merck & Co., Inc. | 05-3211 |
| OHN 5 05-1427 | Evelyn J. Earhart v. Merck & Co., Inc. | 05-3212 |
| **OHIO SOUTHERN** | | |
| OHS 2 05-448 | Gary Carr, Sr. v. Merck & Co., Inc. | 05-3213 |
| OHS 2 05-499 | Robert Bowe v. Merck & Co., Inc., et al. | 05-3214 |
| OHS 3 05-175 | Bonnie G. Langdon, etc. v. Merck & Co., Inc. | 05-3215 |
| **OREGON** | | |
| OR 6 05-6146 | Peter Hoffman v. Merck & Co., Inc. | 05-3216 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-2202 | Jean Frye, et al. v. Merck & Co., Inc., et al. | 05-3217 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2 05-644 | Colleen Sturm Sitarik, et al. v. Merck & Co., Inc. | 05-3218 |
| **TENNESSEE WESTERN** | | |
| TNW 1 05-1142 | Clara Dancy v. Merck & Co., Inc. | 05-3219 |
| **TEXAS EASTERN** | | |
| ~~TXE 1 05-336~~ | ~~Elfriede Blacketer v. Merck & Co., Inc., et al.~~ Opposed 7/18/05 | |
| ~~TXE 1 05-338~~ | ~~Walter Maddox v. Merck & Co., Inc., et al.~~ Opposed 7/18/05 | |
| **TEXAS NORTHERN** | | |
| TXN 3 05-1035 | Pat Hensley v. Merck & Co., Inc. | 05-3220 |
| **TEXAS SOUTHERN** | | |
| TXS 2 05-236 | Brian McKenna, etc. v. Merck & Co., Inc., et al. | 05-3221 |
| TXS 4 05-1724 | Andrew Schreer, et al. v. Merck & Co., Inc. | 05-3222 |
| **TEXAS WESTERN** | | |
| TXW 1 05-330 | Linda K. Hattenberger v. Merck & Co., Inc. | 05-3223 |
| TXW 1 05-349 | Lanny R. Oden, et al. v. Merck & Co., Inc. | 05-3224 |
| TXW 1 05-350 | Don G. Cyphers, et al. v. Merck & Co., Inc. | 05-3225 |
| TXW 1 05-351 | Shirley S. Maddox v. Merck & Co., Inc. | 05-3226 |
| **UTAH** | | |
| UT 2 05-448 | Don Murphy v. Merck & Co., Inc. | 05-3227 |
| UT 2 05-449 | Jerry Reid v. Merck & Co., Inc. | 05-3228 |
| **WASHINGTON WESTERN** | | |
| WAW 3 05-5336 | Donald Ripley, et al. v. Merck & Co., Inc. | 05-3229 |
| **WISCONSIN EASTERN** | | |
| WIE 2 05-451 | Ruth Ann Hall v. Merck & Co., Inc. | 05-3230 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 1 05-408 | Lee Nolley, et al. v. Merck & Co., Inc. | 05-3231 |
| WVS 2 05-406 | Kevin R. Hrtyanski, et al. v. Merck & Co., Inc. | 05-3244 |

## INVOLVED COUNSEL LIST (CTO-15)
### DOCKET NO. 1657
### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Jeff Steven Abers
Fazio, Dawson, Disalvo, Cannon, et al.
633 S. Andrews Avenue, Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Charles Avrith
Hughes, Hubbard & Reed, LLP
350 South Grand Avenue, 36th Floor
Los Angeles, CA 90071

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Kathryn E. Barnett
Lieff, Cabraser, Heimann & Bernstein, LLP
3319 West End Avenue, Suite 600
Nashville, TN 37203

Don Barrett
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

Denise Barton
Morris, Pickering
900 Bank of America Plaza
Las Vegas, NV 89101

Deidre Baumann
Baumann, Shuldiner & Lee
79 West Monroe Street, Suite 900
Chicago, IL 60603

J. Scott Bertram
Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94120-7936

Robert C. Brock
Rushton, Stakely, Johnston & Garrett
184 Commerce Street
Montgomery, AL 26101-0270

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Robert A. Bunda
Bunda, Stutz & DeWitt
One Seagate, Suite 650
Toledo, OH 43604

Alyson L. Bustamante
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Evan D. Buxner
Walther Glenn Law Associates
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117-1322

Amanda M. Cialkowski
Halleland, Lewis, Nilan, Sipkins & Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Joe B. Campbell
Law Offices of Joe B. Campbell
400 E. Main Street, Suite 300
Bowling Green, KY 42101

Andrew J. Carboy
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Dawn M. Chmielewski
Climaco, Lefkowitz, Peca Wilcox & Garofoli
1228 Euclid Avenue, Suite 900
Cleveland, OH 44115

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
1220 Huron Road, Suite 1000
Cleveland, OH 44115

Douglas Cohen
Jones, Vargas
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89109

S. Tessie Corbin
Dechert LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793

David A. Couch
4701 Fairway
N. Little Rock, AR 72116

John P. Cunningham
Brown & James
Richland Plaza 1
525 Main Street
Belleville, IL 62220

William C. Cunningham
P.O. Box 624
Columbus, MS 39703

John A. Dalley
225 Broadway, 38th Floor
New York, NY 10007-3035

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

Clyde W. DeMersseman
Law Offices of James P. Lyle, PC
1116 2nd Street, N.W.
Albuquerque, NM 87102

Nicholas A. DiCello
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

William Dinkes
Dinkes & Morrelli
112 Madison Avenue
New York, NY 10016

William Greg Dobson
Dobson & Shim
830 Mulberry Street
Suite 201 Robert E. Lee Bldg.
Macon, GA 31201

H. Dustin Fillmore, III
Fillmore Law Firm
901 Lake Street
Fort Worth, TX 76102

Robert M. Fitzgerald
Fitzgerald Law Offices
3333 South Wadsworth Blvd.
D-333
Lakewood, CO 80227

James P. Frickleton
Bartimus, Frickleton, Robertson
& Obetz, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Anthony Gallucci
Kelley & Ferraro
1901 Penton Media Bldg.
1300 E. 9th Street
Cleveland, OH 44114

W. Lewis Garrison, Jr.
Garrison, Scott, Gamble & Rosenthal, PC
P.O. Box 11310
2224 1st Avenue North
Birmingham, AL 35202

Lloyd W. Gathings, II
Gathings & Associates
P.O. Box 10545
Birmingham, AL 35202-0545

Ronald S. Goldser
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Ervin Amado Gonzales
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-2351

Lawrence B. Grebel
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101

Richard H. Greener
Greener, Banducci & Shoemaker, PA
815 West Washington Street
Boise, ID 83702

Steven Guinn
Laxalt & Nomura, Ltd.
9600 Gatewat Drive
Reno, NV 89521

Brian Robert Gunn
Rappaport, Glass, Greene, & Levine, LLP
1355 Motor Pkwy
Hauppauge, NY 11788

Kevin Michael Hara
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston & Garrett
184 Commerce Street
P.O. Box 270
Montgomery, AL 36104

Charles C. Harrell
Butler, Snow, O'mara, Stevens
& Cannada, PLLC
6075 Poplar Ave., Suite 500
Memphis, TN 38119

Stanley N. Harris
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM 87103

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

William G. Holt
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Bradley D. Honnold
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street
P.O. Box 482355
Kansas City, MO 64148-2355

Michael K. Houtz
Morgan & Morgan, P.A.
101 E. Kennedy Blvd., Suite 1790
Tampa, FL 33602

Robert K. Jenner
Janet & Jenner, LLC
1829 Reistertown Road
Suite 320
Baltimore, MD 21208

Andrew B. Johnson
Bradley, Arant, Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

Arthur C. Johnson
Johnson, Clifton, Larson & Bolin
975 Oak Street, Suite 1050
Eugene, OR 97401-3176

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

D. Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

James M. Kelley, III
Elk & Elk
6110 Parkland Boulevard
Mayfield Heights, OH 44124

Michael V. Kelley
Kelley & Ferraro
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH 44114

Will Kemp
Harrison, Kemp & Jones, Chtd.
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV 89109

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

David C. Landever
Weisman, Kennedy & Berris
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115

J. Daniel Landrum
200 South Fifth Street, Suite 506
Louisville, KY 40202

Bernice Lynne Latou
Law Office of Bernice L. Latou, PA
302 S. Crain Hwy
Glen Burnie, MD 21061

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

J. Franklin Long
727 Bland Street
Bluefield, WV 24701

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Craig L. Lowell
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street, North
Birmingham, AL 35203-3204

Gerry Lowry
Fulbright & Jaworski
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Stephen E. Marshall
Venable, Baetjer & Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201

Theodore V. Mayer
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

David M. McMullan, Jr.
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

John P. MacNaughton
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32nd Floor
Louisville, KY 40202

Stephen P. Meyer
Meyer & Ford
P.O. Box 11090
Charleston, WV 25339

Richard W. Mithoff, Jr.
Mithoff & Jacks, LLP
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, TX 77002

Eugene Edward Murphy, Jr.
Bryan Cave, LLP
161 North Clark, #4800
Chicago, IL 60601-3206

Andrews Howell Myers
Wheeler, Trigg & Kennedy, LLP
U.S. District Court Box 19
1801 California Street, Suite 3600
Denver, CO 80202

G. Eric Nielson
G. Eric Nielson & Associates
4790 S. Holladay Blvd.
Salt Lake City, UT 84117

Jami S. Oliver
Oliver Law Offices
471 East Broad Street, Suite 1303
Columbus, OH 43215

Robb W. Patryk
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Mark Lane Pearson
Law Office of Mark L. Pearson
P.O. Box 3873
Jackson, MS 39207-3873

Paul M. Perlstein
Perlstein Law Offices
P.O. Box 834
Doylestown, PA 18901-0834

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71161

Susan J. Pope
Frost, Brown & Todd, LLC
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507

Carols A. Prietto, III
Robinson Calcagnie & Robinson
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660

Kara Lindsay Rakers
Goldenberg, Miller, Heller
& Antognoli
2227 South State Route 157
Edwardsville, IL 62025

Michael R. Rhames
Yuhl Rhames Yuhl & St Clair, LLP
401 Wilshire Blvd., Suite 1070
Santa Monica, CA 90401-1430

Kevin M. Sadler
Baker Botts LLP
1600 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4039

Travis James Sales
Baker Botts LLP
910 Louisiana Street
3000 One Shell Plaza
Houston, TX 77002

Ann M. Scarlett
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2400
Kansas City, MO 64106-2150

T. Evan Schaeffer
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Richard D. Schuler
Schuler, Halvorson & Weisser, P.A.
1615 Forum Place
Suite 4D Barristers Building
West Palm Beach, FL 33401-2314

Stuart E. Scott
Spangenberg, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Rebecca C. Sechrist
Bunda Stutz & Dewitt
One Seagate, Suite 650
Toledo, OH 43604

Anne M. Seibel
Bradley Arant Rose & White
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35283-0709

James M. Simpson, Jr.
Friday, Eldredge & Clark
First Commercial Bldg., Suite 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

Gregory P. Sautter
Zimmerman Reed
651 Nichollet Avenue, Suite 501
Minneapolis, MN 55402-4123

Michael J. Seymour
Feczko & Seymour
520 Grant Building
Pittsburgh, PA 15219-2201

Richard J. Simons
Furtado Jaspovice & Simons
22274 Main Street
Hayward, CA 94541

James Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Scott A. Smith
Halleland, Lewis, Nilan, Sipkins & Johnson
220 6th Street South, Suite 600
Minneapolis, MN 55402

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

J. Callen Sparrow
Garrison Scott, PC
2224 First Avenue North
P.O. Box 11310
Birmingham, AL 35202-1310

John C. Steele
Lohf, Shaiman, Jacobs, Hyman & Feiger, PC
9500 South Cherry Street
900 Cherry Tower
Denver, CO 80246-2666

Dori K. Stibolt
Steel Hector & Davis
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock & Fields
P.O. Box 829
Boise, ID 83701

Christopher V. Tisi
Ashcraft & Gerel, LLP
2000 L Street, N.W., Suite 400
Washington, DC 20036

Gerald R. Turner
Gerald R. Turner & Associates
411 East Wisconsin Avenue, Suite 505
Milwaukee, WI 53202

William D. Vandever
Popham Law Firm, PC
323 West 8th Street, Suite 200
Kansas City, MO 64105

Craig K. Vernon
Owens, James, Vernon & Weeks
1875 North Lakewood Drive, #200
Coeur d'Alene, ID 83814

Michael A. Wash
Law Offices of Michael A. Wash
100 Congress Ave., Suite 1550
Austin, TX 78701

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, AL 35253

J. White
White, Meany & Wetherall, LLP
3185 Lakeside Drive
Reno, NV 89509-4503

Catherine Whitfield
Steel Hector & Davis
200 S. Biscayne Blvd., Suite 4000
Miami, FL 33131-2398

Kim Williams
Williamson & Williams
811 1st Avenue, Suite 620
Seattle, WA 98104

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Brooke H. Woodward
Montgomery, Kolodny, LLP
475 Seventeenth Street, #1600
Denver, CO 80202

James L. Wright
Mithoff & Jacks, LLP
Franklin Plaza
111 Congress Avenue, Suite 1010
Austin, TX 78701-0001

David W. Zoll
Zoll & Kranz, LLC
6620 W. Central Avenue, Suite 200
Toledo, OH 43617