**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 2, 2005

# NOTICE OF MDL FILE TRANSFER

Loretta G. Whyte, Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

In Re:   MDL 1657 Vioxx Products Liability Litigation
Your Case No. C.A. 05-3111 L(3)
MD of AL No. 2:05cv493 Baird, et al. v. Merck & Co., Inc.

In response to your letter dated July 28, 2005, please find a certified copy of the complaint, the docket sheet and the MDL Transfer Order, together with a copy of your transfer letter.

Sincerely,
Debra P. Hackett, Clerk

By:
Deputy Clerk

Enclosures

c: Counsel of Record